In the Matter of the SAGAMORE ROAD CORPORATION, Appellant, against HARRY M. LEE et al., Constituting the Board of Appeals of the Village of Bronxville, Respondents.

(Argued December 6, 1928; decided December 31, 1928.)

*Burt D. Whedon* for appellant.
*Thomas G. Flaherty* for respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.